UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

        Plaintiff,

    v.

**Oakridge Center, a California Corporation;** and Does 1-10,

        Defendants.

No. **2:14-CV-01969-MCE-EFB**

**ORDER SETTING ASIDE DEFAULT**

    The court, having reviewed the Stipulation to Set Aside Default entered into by and between Plaintiff, SCOTT JOHNSON ("Plaintiff"), and Defendant, OAKRIDGE CENTER ("Defendant"), and finding good cause therefor,

///

///

///

///

///

///

///

///

ORDER SETTING ASIDE DEFAULT

IT IS HEREBY ORDERED that:

(1)     The Default entered in this matter (ECF No. 6) against Defendant shall be set-aside;

(2)     Plaintiff's Application for Default Judgment by Court Against Oakridge Center and Request to Affix Fees (ECF No.7) is DENIED as moot, and the hearing scheduled for December 31, 2014, at 10:00 a.m., in Department 8, is VACATED; and

(3)     Defendant's responsive pleading shall be filed on or before January 26, 2015.

Dated:  January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT